IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK TAYLOR,

        Petitioner,           No. CIV S-06-2878 GEB CHS P

     vs.

D.K. SISTO, et al.,

        Respondents.        <u>ORDER</u>

_____/

       Petitioner has requested an extension of time to file objections to the Magistrate Judge's Findings and Recommendations entered November 7, 2008.  Good cause appearing, IT IS HEREBY ORDERED that:

       1.  Petitioner's December 1, 2008 request for an extension of time is granted; and

       2.  Petitioner has thirty days from the date of this order, up to and including Monday, January 5, 2009, in which to file his Objections to the Magistrate Judge's Findings and Recommendations.

DATED: December 5, 2008

*Charlene H. Sorrentino*

CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE